# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVEL 10 CONSTRUCTION, LP,<br><br>                      Plaintiff,<br><br>v.<br><br>SEA WORLD LLC dba SEA WORLD SAN DIEGO,<br><br>                      Defendant. | Case No.:  20-CV-1048 W (AGS)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE [DOC. 9]** |

    Parties have filed a stipulation for dismissal of this case with prejudice.  [Doc. 9.] Accordingly, this action is dismissed **WITH PREJUDICE**.  Per the terms of the joint stipulation, each party is to bear its own fees and costs.

    **IT IS SO ORDERED.**

Dated:  August 27, 2020

_____
Hon. Thomas J. Whelan
United States District Judge